

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00108-CV

ALLY FINANCIAL, INC.                                              APPELLANT

V.

SANDRA GUTIERREZ AND                                             APPELLEES
HOMEWARD RESIDENTIAL

------------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

On April 3, 2013, we sent the parties a letter suggesting that this case may be appropriate for referral to an alternative dispute resolution procedure. On April 1, 2013, appellees filed a written objection to the proposed referral. Because we have determined that there is a reasonable basis for the objection, we sustain the objection.

The clerk's record is due on or before **Monday, May 27, 2013**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED April 15, 2013.

PER CURIAM